**Joshua S. DUNKIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 67120.**

Missouri Court of Appeals,
Western District.

Jan. 22, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 4, 2008.

Application for Transfer Denied
April 15, 2008.

Ruth Sanders, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before NEWTON, P.J., SPINDEN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Joshua Dunkin appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm the motion court's judgment. Rule 84.16(b).